# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 36 BUILDERS, INC., a Delaware corporation, doing business as INSIGHT HOMES, and INSIGHT LAND COMPANY, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br>v.<br><br>JACK HUTCHINS HAESE<br><br>Defendant, | CASE NO. _____<br>(Removed Case No. 2020-0861-MTZ) |

## NOTICE OF REMOVAL

Defendant, Jack Hutchins Haese ("Haese"), pursuant to 28 U.S.C. §1332, 1441, and 1446, files its Notice of Removal to remove this action from the Chancery Court of Sussex County, Delaware to the United States District Court for the District of Delaware. In support of this Notice of Removal, Haese states as follows:

1. The removed action was commenced on or about October 8, 2020, in Court of Chancery of the State of Delaware, filed as *36 BUILDERS, INC., a Delaware corporation, doing business as INSIGHT HOMES, and INSIGHT LAND COMPANY, LLC, a Delaware limited liability company, Plaintiffs, vs JACK HUTCHINS HAESE, Defendant*, Case No. **2020-0861** (the "State Court Action"). Haese is the only Defendant in the State Court Action.

2. Haese was served with the Verified Complaint in the State Court Action on or about November 19, 2020, by certified mail.

3. The United States District Court for the District of Delaware has jurisdiction over this action pursuant to 28 U.S.C. §1332, diversity jurisdiction.

4. Although the verified complaint does not specify an amount sought for damages, but the Defendant certifies that the Counterclaim that will be filed along with Answer to the original Verified complaint will be in excess of $75,000 , exclusive of interests and costs, as the Defendant ("Jack Hutchins  Haese"), will seek damages real damages in an amount of $324,000, plus punitive damages in an amount to be determined.

5. Defendant, Haese, was and is a resident of the State of Maryland. According to the State Court Action Complaint and upon information and belief, all the Plaintiffs were organized under the laws of Delaware with their principal place of business located in Delaware.

6. Pursuant to 28 U.S.C. §1441(a), Haese is entitled to remove this action because the Court of Chancery for the State of Delaware, lies within this district.

7. On November 19, 2020,  a copy of the Complaint was served upon Haese.  This Notice of Removal is being filed within thirty (30) days of the date of service of the Complaint in the State Court Action.  Accordingly, this Notice of Removal is timely filed pursuant to 28 U.S.C. §1446(b).

8. Pursuant to 28 U.S.C. §1446(a) and Local Rule 81.2 a copy of the Complaint that was served upon Haese is attached hereto as **Exhibit 1**.

9. Pursuant to 28 U.S.C. §1446(d), on this date, Haese sent a copy of this Notice of Removal to the Court of Chancery for the State of Delaware and has given written notice of the filing to counsel for Plaintiffs.

10. Pursuant to Local Rule 81.2, within twenty-one (21) days of the filing of this Notice of Removal, Haese will file with this Court true and legible copies of all other documents on file in the Court of Chancery Action, if any, along with a certification from the undersigned that all filings in the Court of Chancery Action have been filed with this Court.

11. Pursuant to Local Rule 81.2 within twenty-one (21) days of the filing of this Notice or Removal, Haese will make the disclosures required by Local Rule 81.2.

12. By filing this Notice of Removal, Haese does not intend to waive any defenses that may be available to it and does not intend to waive the requirement of proper service of process of the Complaint in this matter.

WHEREFORE, Haese, by and through his attorney, respectfully requests that the state court action be removed from the Court of Chancery for the State of Delaware to this honorable Court.

Respectfully Submitted,

*/s/ Stephen P. Norman*
Stephen P. Norman, Esquire, Bar No. 4620
The Norman Law Firm
30838 Vines Creek Road; Unit 3
Dagsboro, DE  19939
(302) 537-3788
snorman@thenormanlawfirm.com
*Attorney for Defendant*

**DATE: December 8, 2020**