## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| 36 BUILDERS, INC., a Delaware corporation, doing business as INSIGHT HOMES, and INSIGHT LAND COMPANY, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JACK HUTCHINS HAESE<br><br>Defendant, | *<br>*<br>*<br>*<br>*<br>* CASE NO. 2020-0861-MTZ<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

### NOTICE OF FILING OF NOTICE OF REMOVAL

To: Joseph C. Schoell, Esquire (I.D. No. 3133)
Faegre Drinker Biddle & Reath LLP
222 Delaware Avenue; Ste 1410
Wilmington, DE  19801
302-467-4200

PLEASE TAKE NOTICE that on the 8th day of December 2020, the attached Notice of Removal of the above-captioned action from the Court of Chancery of the State of Delaware was filed with the Clerk of the United States District Court for the District of Delaware, thereby effecting the removal of the action from the Court of Chancery and prohibiting further proceedings in the Court of Chancery in accordance with the provisions of 28 U.S.C. § 1132, 1441, and 1446.

Respectfully Submitted,

*/s/ Stephen P. Norman*
Stephen P. Norman, Esquire, Bar No. 4620
The Norman Law Firm
30838 Vines Creek Road; Unit 3
Dagsboro, DE  19939
(302) 537-3788
snorman@thenormanlawfirm.com
*Attorney for Defendant*

**DATE: December 8, 2020**