## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 36 BUILDERS, INC., a Delaware corporation, doing business as INSIGHT HOMES, and INSIGHT LAND COMPANY, LLC, a Delaware limited liability company, </br></br>    Plaintiffs, </br></br> v. </br></br>JACK HUTCHINS HAESE, </br></br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) )   C.A. No. 20-cv-1669-MN |

**PLAINTIFF-COUNTERCLAIM DEFENDANT, 36 BUILDERS, INC., DOING BUSINESS AS INSIGHT HOMES' MOTION TO DISMISS COUNTERCLAIM**

  Plaintiff, Counterclaim Defendant 36 Builders, Inc., doing business as Insight Homes ("Insight Homes"), respectfully moves the Court to dismiss the Counterclaim filed in this action on December 18, 2020, by Defendant, Counterclaimant, Jack Hutchins Haese (the "Counterclaim", D.I. 3), for failure to state a claim upon which relief can be granted, pursuant to Federal Rule of Civil Procedure 12(b)(6).

  The grounds for Insight Homes' motion are set forth in and Opening Brief filed with this Motion.

  WHEREFORE, Insight Homes respectfully requests that this Court enter an order, in the form attached hereto, dismissing the Counterclaim in its entirety.

FAEGRE DRINKER BIDDLE & REATH LLP

<u>/s/  *Joseph C. Schoell*          </u>
Joseph C. Schoell (Del. Bar No. 3133)
222 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Tel: (302) 467-4200
Email:  joseph.schoell@faegredrinker.com

*Attorneys for Plaintiffs 36 Builders, Inc.,*
  *doing business as Insight Homes, and*
  *Insight Land Company, LLC*

January 8, 2021

ACTIVE.125833603.01

2

## CERTIFICATE OF SERVICE

I, Joseph C. Schoell, hereby certify that on January 8, 2021, I caused a copy of the attached document to be served upon the following counsel of record via CM/ECF:

Stephen P. Norman, Esq,
The Norman Law Firm
30838 Vines Creek Road; Unit 3
Dagsboro, DE  19939

                                                  */s/ Joseph C. Schoell*
                                                  Joseph C. Schoell (No. 3133)

January 8, 2021