**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| 36 BUILDERS, INC., a Delaware corporation, | ) | |
| doing business as INSIGHT HOMES, and | ) | |
| INSIGHT LAND COMPANY, LLC, a | ) | |
| Delaware limited liability company, | ) | |
| | ) | C.A. No. 20-cv-1669-MN |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JACK HUTCHINS HAESE, | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER DISMISSING COUNTERCLAIM**

AND NOW, Plaintiff, Counterclaim Defendant 36 Builders, Inc., doing business as Insight Homes ("Insight Homes"), having filed a Motion to Dismiss (the "Motion to Dismiss") the Counterclaim filed in this action on December 18, 2020, by Defendant, Counterclaimant Jack Hutchins Haese (the "Counterclaim", D.I. 3), for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6), and the Court having considered the arguments of the parties related to the Motion, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1.     The Motion to Dismiss shall be and hereby is GRANTED; and

2.     The Counterclaim shall be and hereby is DISMISSED in its entirety and with prejudice.

_____
Maryellen Noreika
U.S. District Judge

Date: _____, 2021

ACTIVE.125833605.01