

**Joseph C. Schoell**
Partner
joseph.schoell@faegredrinker.com
302-467-4245 direct

faegredrinker.com

**Faegre Drinker Biddle & Reath** LLP
222 Delaware Avenue, Suite 1410
Wilmington, Delaware  19801
+1 302 467 4200 main
+1 302 467 4201 fax

February 24, 2021

*Via CM/ECF and Hand Delivery*

The Honorable Maryellen Noreika
United States District Court for the
  District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 19
Room 4324
Wilmington, DE 19801

      Re:    *36 Builders, Inc., a Delaware corporation, doing business as Insight Homes, and Insight Land Company, LLC v. Jack Hutchins Haese*; C. A. No. 20-cv-1669-MN

Dear Judge Noreika:

      In accordance with the Your Honor's Oral Order issued January 28, 2021 [D.I. 8], enclosed for the Court's consideration is a proposed Scheduling Order governing pre-trial proceedings for the above referenced action. The dates included in the proposed order have been agreed to by counsel. We left the pre-trial conference and trial dates blank. Counsel are available at the Court's convenience to discuss trial scheduling.

      Also, I wanted to note for the Court that Plaintiff Insight Homes filed a motion to dismiss Defendant's Counterclaim. [D.I. 4] That motion is fully briefed. [D.I. 5, 6, 7] We are available to proceed with oral argument if that would be helpful for the Court.

      Respectfully,

      /s/ *Joseph C. Schoell*

      Joseph C. Schoell (Bar No. 3133)

JCS/cec
Enclosure
cc:  Daniel C. Herr, Esquire (via CM/ECF)

ACTIVE.126400447.01