# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 36 BUILDERS, INC., a Delaware corporation, doing business as INSIGHT HOMES, and INSIGHT LAND COMPANY, LLC, a Delaware limited liability company,<br><br>        Plaintiffs,<br><br>   v.<br><br>JACK HUTCHINS HAESE,<br><br>        Defendant. | C.A. No. 20-cv-1669-MN |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of Plaintiffs' Initial Disclosures were served on the following counsel of record via email:

> Daniel C. Herr, Esquire
> Law Office of Daniel C. Herr LLC
> 1225 N. King Street, Suite 1000
> Wilmington, DE 19801
> dherr@dherrlaw.com

> FAEGRE DRINKER BIDDLE & REATH LLP
>
> /s/ *Joseph C. Schoell*
> Joseph C. Schoell (Del. Bar No. 3133)
> 222 Delaware Avenue, Suite 1410
> Wilmington, Delaware 19801
> Tel: (302) 467-4200
> Email: joseph.schoell@faegredrinker.com
>
> *Attorneys for Plaintiff-Counterclaim Defendant 36 Builders, Inc., doing business as Insight Homes, and Plaintiff Insight Land Company, LLC*

March 3, 2021

ACTIVE.126465175.01