**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| 36 BUILDERS, INC., and INSIGHT LAND COMPANY, LLC<br><br>*Plaintiffs,*<br>*Counterclaim-Defendants*,<br><br>v.<br><br>JACK HUTCHINS HAESE,<br><br>*Defendant,*<br>*Counterclaim-Plaintiff.* | Civil Action No.: 20-1669-MN |

**NOTICE OF SERVICE OF DEFENDANT'S INITIAL DISCLOSURES**

PLEASE TAKE NOTICE that Defendant has served its Initial Disclosures upon the Plaintiffs, through Plaintiffs' counsel (identified below), by electronic mail.

Joseph Schoell, Esq.
Faegre Drinker Biddle & Reath LLP
Joseph.schoell@faegredrinker.com

**LAW OFFICE OF
DANIEL C. HERR LLC**

Dated: March 11, 2021

*/s/ Daniel C. Herr*
Daniel C. Herr, Esquire, Bar No. 5497
1225 North King Street; Suite 1000
Wilmington, DE  19801
dherr@dherrlaw.com
(302) 483-7060 (tel) | (302) 483-7065 (fax)
*Attorney for Defendant*