# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 36 BUILDERS, INC., a Delaware corporation, doing business as INSIGHT HOMES, and INSIGHT LAND COMPANY, LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JACK HUTCHINS HAESE,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)　C.A. No. 20-cv-1669-MN<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' NOTICE OF ISSUANCE OF THIRD PARTY SUBPOENA

TO:　Daniel C. Herr, Esquire
　　　1225 North King Street
　　　Suite 1000
　　　Wilmington, Delaware 19801

　　　PLEASE TAKE NOTICE, pursuant to Federal Rule of Civil Procedure 45, that Plaintiffs have caused the attached subpoena to be issued to NVR, Inc.

　　　　　　　　　　　　　　　　　　FAEGRE DRINKER BIDDLE & REATH LLP

　　　　　　　　　　　　　　　　　　/s/ *Joseph C. Schoell*
　　　　　　　　　　　　　　　　　　Joseph C. Schoell (Del. Bar No. 3133)
　　　　　　　　　　　　　　　　　　222 Delaware Avenue, Suite 1410
　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　Tel: (302) 467-4200
　　　　　　　　　　　　　　　　　　Email: joseph.schoell@faegredrinker.com

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff-Counterclaim Defendant 36 Builders, Inc., doing business as Insight Homes, and Plaintiff Insight Land Company, LLC*

July 26, 2021

ACTIVE.133825334.01